# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rendee J. Foster, a.k.a. Jean Foster,   Civil No. 10-3902 (RHK/JJK)

    Plaintiff,   **ORDER FOR DISMISSAL WITH PREJUDICE**

v.

Collection Technology, Inc.,

    Defendant.

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 8), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge